# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:   __Sharron Hansen__

Debtor(s).

Case No.   __12-29023__
Chapter   __13__

Trustee   __Anderson__

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: ____ REOPENING: Yes ____ No ____ CONVERSION (13 to 7): Yes ____ No ____
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A ____ B ____ C __X__ D ____ E ____ F ____ G ____ H ____ I ____ J ____
3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4. STATEMENT OF AFFAIRS: ____
5. AMENDED CHAPTER 13 PLAN: ____

> If you have amended schedules D, E, F by adding a creditor, you owe an amendment fee. Fee attached ____
>
> If schedules D, E, F were amended but no creditors added no fee necessary. No fee attached ____
> **Reason no fee is attached** _____ **No creditor added** _____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> /s/Sharron Hansen
> Debtor          Date          Debtor          Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes __X__ No ____ (via ECF)

/s/Robert Fugal
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines:

    ____ 341 Notice to creditors added by this amendment.
    ____ Discharge Notice to creditors added by this amendment.
    ____ Amended Chapter 13 Plan to all creditors

_____                    N/A
DATED                               ATTORNEY FOR DEBTOR(S)

In re  Sharron K. Hansen                                                        Case No. 12-29023
      **Debtor**                                                                     **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                     ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Zions Bank savings acct containing money from Social Security and retirement | Utah Code § 78B-5-505 (1)(a)(iii) & (xiv) | 800 | 800 |
| Zions Bank checking acct containing money from Social Security and retirement | Utah Code § 78B-5-505 (1)(a)(iii) & (xiv) | 1,600 | 1,600 |
| Washer & dryer, refrigerator, freezer, microwave, stove, carpets and rugs, beds and bedding, sewing machine, provisions | Utah Code § 78B-5-505 (1)(a)(viii) | 2,900 | 2,900 |
| Office equipment & furnishings, computer system | Utah Code § 78B-5-506 (2) | 1,000 | 1,000 |
| Dining set | Utah Code § 78B-5-506 (1)(b) | 500 | 900 |
| Couches chairs & stools, coffee tables, end tables, lamps, shelves, dressers, kitchenware, household tools, misc. other | Utah Code § 78B-5-506 (1)(a) | 500 | 1,160 |
| Books | Utah Code § 78B-5-506 (1)(c) | 250 | 250 |
| Clothing | Utah Code § 78B-5-505 (1)(a)(viii) | 100 | 100 |
| Wedding rings, other watches & jewelry | Utah Code § 78B-5-506 (1)(d) | 500 | 1,000 |
| 2010 Dodge Caravan | Utah Code § 78B-5-506 (3)(b) | 2,500 | 10,000 |
| 1 mini Schnauzer dog | Utah Code § 78B-5-506 (1)(c) | 5 | 5 |
| residence at 15105 S 1800 W., Bluffdale, UT 84065 | Utah Code § 78B-5-503(2)(a)(ii) | 20,000 | 425,000 |
|  | Total exemptions claimed: | 30,655 |  |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.